#### UNITED STATES DISTRICT COURT
#### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

VIVIANA ZAPPETTINI,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No:   6:23-cv-1609-WWB-LHP

OCEAN CLUB SPORTSWEAR, INC.,

    Defendant

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:   PLAINTIFF'S MOTION FOR ISSUANCE OF WRIT OF GARNISHMENT AFTER JUDGMENT (Doc. No. 39)**
>
> **FILED:      January 22, 2025**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The motion does not include a memorandum of legal authority as required by Local Rule 3.01(a).  Nor does the motion comply with Local Rule 3.01(g), or explain why the conferral requirements would not apply.

**DONE** and **ORDERED** in Orlando, Florida on January 27, 2025.

*/s/ Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties