# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

VIVIANA ZAPPETTINI,

      Plaintiff,

v.                                       Case No:   6:23-cv-1609-WWB-LHP

OCEAN CLUB SPORTSWEAR, INC.,

      Defendant

## ORDER

Before the Court is Plaintiff's Amended Motion for Issuance of Writ of Garnishment After Judgment (Doc. No. 41), as well as Defendant's Amended Motion for Enlargement of Time to Respond to Plaintiff's Motion for Writ of Garnishment (Doc. No. 45).  Upon consideration, Defendant's Motion (Doc. No. 45) is **GRANTED**, and the Court has deemed Defendant's response (Doc. No. 46) timely and considered it in resolution of Plaintiff's Amended Motion.

Upon review, Plaintiff's Amended Motion (Doc. No. 41) is also **GRANTED**, as Defendant states that it "cannot assert at this time there is a basis to object" to Plaintiff's request.  *See* Doc. No. 46; *see also* Fed. R. Civ. P. 69(a); Fla. Stat. §§ 77.01, 77.03.

- 2 -

Accordingly, the Clerk of Court is **DIRECTED** to issue the proposed writ (Doc. No. 41-1).

**DONE** and **ORDERED** in Orlando, Florida on February 24, 2025.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties